JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LEE, | Case No. CV 21-0174 FMO (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HANI MOUDAFAR MAMMO, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of June, 2021.

/s/
Fernando M. Olguin
United States District Judge